1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX          )  **Case No. 06-5732 CRB**
    MARKETING SALES PRACTICES AND       )
13  PRODUCT LIABILITY LITIGATION        )  **MDL NO. 1699**
                                        )  **District Judge: Charles R. Breyer**
14                                      )
                                        )
15  Bill Skupien,                       )
                                        )
16                     Plaintiffs,      )  **STIPULATION AND ORDER OF**
                                        )  **DISMISSAL WITH PREJUDICE**
17            vs.                       )
                                        )
18  Pfizer Inc., et al.                 )
                       Defendants.      )
19                                      )

20

21      Come now the Plaintiffs, Bill Skupien, and Defendants, by and through the undersigned

22  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

23  dismissal of this action **with prejudice** as to the plaintiff named herein only with each side

    bearing its own attorneys' fees and costs.
24

25

26      DATED:  Jan. 12, 2010      MATTHEWS & ASSOCIATES

27                                  By: _____
                                        David P. Matthews
28                                      *Attorneys for Plaintiffs*

                                   -1-

1      DATED:  Jan. 12, 2010        DLA PIPER LLP (US)

2                                   By: _____

3                                        Michelle W. Sadowsky
                                         *Attorneys for Defendants*
4

5

6

7      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8

9      Dated:  FEB 1 ? 2010

10                                  Hon. Charles R. Breyer
                                    United States District Court
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-